IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA, )     CIVIL 08-00355HG-LEK
                          )
          Petitioner,     )
                          )
     vs.                  )
                          )
HOWARD ISHII, AS          )
PRESIDENT OF HOWARDS      )
PLUMBING INC.,            )
                          )
          Respondent.     )
_____ )
__                        )

<u>ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION</u>

     A Report and Recommendation having been filed and

served on all parties on October 7, 2008, and no

objections having been filed by any party,

//

//

//

//

//

//

//

//

//

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Magistrate's Report and Recommendation on Petition to Enforce Internal Revenue Service Summons," Document No. 8, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: October 27, 2008, Honolulu, Hawaii.



 /s/ Helen Gillmor                         

Chief United States District Judge